IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHLOMO MOSKOVITS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GC SERVICES LIMITED PARTNERSHIP,<br><br>Defendant. | No. 3:18-cv-12649 |

## STIPULATION OF DISMISSAL

The parties, pursuant to Fed. R. Civ. P. 41(a), hereby stipulate to the dismissal with prejudice of the above-captioned action and all underlying claims with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

/s/ Ibrahim Abohamra
Ibrahim Abohamra, Esq.
VARACALLI & HAMRA, LLP
32 Broadway, Suite 1818
New York, NY 10004
Telephone: (646) 590-0571
Email: ahamra@svhllp.com

**ATTORNEYS FOR PLAINTIFF**

/s/ Frederick E. Blakelock
Frederick E. Blakelock
REILLY, MCDEVITT & HENRICH, P.C.
3 Executive Campus, Suite 310
Cherry Hill, NJ 08002
Telephone: (856) 317-7180, Ext. 269
Facsimile: (856) 317-7188
Email: fblakelock@rmh-law.com

**ATTORNEYS FOR DEFENDANT**

So ordered
02/11/2019
Anne E. Thompson